UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LANHAM, on behalf of himself and
all others similarly situated,

                    Plaintiff,

        -against-

MLB ADVANCED MEDIA, L.P.,

                 Defendant.

25-CV-7780 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

     The remote initial pretrial conference scheduled for June 3, 2026 is hereby ADJOURNED *sine die*.

     SO ORDERED.

Dated: May 29, 2026
       New York, New York

                        ARUN SUBRAMANIAN
                  United States District Judge