UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LANHAM, BRADLEY FOLKOFF, JAKE HARNISH, ERIN OSWALD, and MOIRA LOGAN, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>-against-<br>MLBAM ADVANCED MEDIA, L.P.,<br>Defendant. | 25-CV-7780 (AS)<br><u>Order</u> |

ARUN SUBRAMANIAN, United States District Judge:

In light of the Court's September 30, 2026, Opinion and Order, counsel are hereby ORDERED to file a proposed Civil Case Management Plan and Scheduling Order on or before **November 2, 2026**. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at **https://nysd.uscourts.gov/hon-arun-subramanian**.

SO ORDERED.

Dated: October 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge