UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LANHAM, BRADLEY FOLKOFF, JAKE HARNISH, ERIN OSWALD, and MOIRA LOGAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

MLBAM ADVANCED MEDIA, L.P.,

Defendant.

25-CV-7780 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's October 2, 2026, Order, the parties were required to file a proposed Civil Case Management Plan and Scheduling Order, on or before November 2, 2026. To date, the parties have failed to do so. The parties are ORDERED to file that proposed case management plan on or before **November 16, 2026**.

SO ORDERED.

Dated: November 12, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge