UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LANHAM, BRADLEY FOLKOFF, JAKE HARNISH, ERIN OSWALD, and MOIRA LOGAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

MLBAM ADVANCED MEDIA, L.P.,

Defendant.

25-CV-7780 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendant has filed a notice of appeal of this Court's order denying its motion to compel arbitration. Dkt. 40. Accordingly, proceedings are hereby STAYED until the conclusion of the interlocutory appeal. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023). This order suspends all previous deadlines, including the requirement to submit a proposed case management plan. *Id.* at 743.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge